HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
NICHOLAS MARTIN COBERLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-159 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| NICHOLAS MARTIN COBERLEY, | Date: October 4, 2016 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Timothy Delgado, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Nicholas Martin Coberley, hereby stipulate that the status conference scheduled for October 4, 2016, at 9:15 a.m., be vacated and the matter continued to October 11, 2016, at 9:15 a.m., for further status conference/change of plea.

This continuance is necessary to allow defense counsel additional time to review discovery, investigate the facts of this case, and hold discussions with his client in furtherance of a resolution.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including October 11, 2016; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Proposed Order                    -1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 30, 2016

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Sean Riordan*
                                        SEAN RIORDAN
                                        Assistant Federal Defender
                                        Attorney for NICHOLAS MARTIN COBERLEY

DATED: September 30, 2016        PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        */s/ Timothy Delgado*
                                        TIMOTHY DELGADO
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 11, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 4, 2016 status conference/change of plea shall be continued until October 11, 2016, at 9:15 a.m.

DATED:  September 30, 2016

/s/ John A. Mendez\
HON. JOHN A. MENDEZ\
United States District Court Judge

Stipulation and Proposed Order -3-