IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) | |
|---|---|---|
| | ) | **ORDER TO REDUCE** |
| v. | ) | **TERM OF SUPERVISED RELEASE FOR** |
| | ) | **SUCCESSFUL COMPLETION** |
| Nicholas Martin Coberley, | ) | **OF REENTRY COURT** |
| | ) | **(18 U.S.C. 3583(3)(1)** |
| Defendant. | ) | |
| | ) | Docket Number: 0972 2:16CR00159-001 |

On August 21, 2018, the defendant was accepted as a participant in the Reentry Court Program. As of October 8, 2019, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of June 4, 2020.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on June 5, 2018, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

October 7, 2019

_____  _____
**Date**                    **The Honorable Allison Claire**
                            **U.S. Magistrate Judge**

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of June 4, 2020.

October 8, 2019             _____
**Date**                    John A. Mendez
                            **U.S. District Judge**

cc: Defendant
    Assistant United States Attorney: Timothy Delgado
    Defense Counsel: AFD
    FLU Unit – United States Attorney's Office
    Fiscal Clerk - Clerk's Office